UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION MDL No. 1431 (MJD)

This Document Relates to:

| | |
|---|---|
| Kemp v. Bayer Corp. | Civ. No. 02-143 |
| King, Thomas, et al. v. Bayer Corp. | Civ. No. 02-152 |
| Stone v. Bayer AG, et al., | Civ. No. 02-127 |
| Weber, et al. v. Bayer Group, et al. | Civ. No. 01-2389 |

---

This matter having come before the Court on Defendants' Motion to Enforce Court Order; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made in support of and in opposition to the motion:

IT IS HEREBY ORDERED that Defendants' Motion Seeking Enforcement of Court Order is GRANTED. The following plaintiffs must produce to defendants a completed Plaintiff's Fact Sheet ("PFS"), correctly executed authorizations, and documents responsive to the requests in the PFS within ten days of entry of this Order, or else Show Cause why their cases should not be dismissed with prejudice:

1. Thomas Mitz, Thomas King, et al. v. Bayer Corp., Civ. No. 02-152
2. Mary L. Stone, Mary L. Stone v. Bayer AG, et al., Civ. No. 02-127

IT IS FURTHER ORDERED that the following plaintiffs must produce to defendant all documents responsive to the requests in the PFS within ten days of entry of this Order, or else Show Cause why their cases should not be dismissed with prejudice:

NOV 27 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

1. Debra Kemp, Debra Kemp v. Bayer Corp., Civ. No. 02-143

2. Ronald Weber, Ronald Weber, et al. v. Bayer Group, et al., Civ. No. 01-2389.

Date: 11-26-2002

Michael J. Davis

Michael J. Davis
United States District Court